# United States District Court
## Western District of North Carolina
## Statesville Division

| | | | |
|---|---|---|---|
| PATRICIA ANN BLACK, | ) | | JUDGMENT IN CASE |
| | ) | | |
| Petitioner, | ) | | CASE NO. 5:14CV92 |
| | ) | | |
| vs. | ) | | |
| | ) | | |
| FRANK L. PERRY AND MIRANDA | ) | | |
| B. RICHARDSON, | ) | | |
| | ) | | |
| Respondents. | ) | | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 19, 2015, Order.

Signed:  June 19, 2015

Frank G. Johns, Clerk
United States District Court